ABRAHAM I. SHIPLACOFF, Respondent, v. HYMAN SHORENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby and Young, JJ., concur.

HERBERT C. WOODHULL, Respondent, v. KENNETH HOLMES, Appellant, Impleaded with JOSIAH BUDD, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HENRY GEORGE AUERBACH and DEWEY AUERBACH, Appellants, v. MARYLAND CASUALTY COMPANY, Respondent.— Order signed granting leave to appeal to the Court of Appeals, and question certified. Present — Kelly, P. J., Manning, Kelby and Young, JJ.

ANNA BARTOLOTTA, Respondent, v. GAETANO BARTOLOTTA, Appellant.— Motion for stay granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

WILLIAM A. COOPE, Appellant, v. WILLIAM G. HERRMANN, Individually and as Executor, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, Individually and as Surviving Partner of DAVIDSON & BULKLEY, Appellant, Impleaded with AMELIA M. DAVIDSON and Others, Defendants.— Motion for stay granted upon condition that appellant furnish a surety company undertaking to indemnify the respondent against damages to the extent of $5,000. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ. Settle order on notice.

FRANCIS DEAN, Respondent, v. EMILY HALLIBURTON and FARMERS' LOAN AND TRUST COMPANY, Committee of the Property in the State of New York of WILLIAM S. HALLIBURTON, an Incompetent, Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

EDWARD J. DOWD, Appellant, v. JOSEPH E. BLANC and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.